```
1  JOHN B. SULLIVAN (State Bar No. 96742)
   MARY KATE SULLIVAN (State Bar No. 180203)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Defendant
6  SunTrust Mortgage Inc.
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE

| | |
|---|---|
| Claude & Pamela Bennett,<br><br>Plaintiffs,<br><br>vs.<br><br>SunTrust Mortgage Inc.,<br><br>Defendant. | Case No.: CV10-03375 JF<br><br>**ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 6-3 AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO "ORIGINAL PETITION"**<br>LOCAL RULE 6-3<br>FRCP 6(B)(1)(A)<br><br>Accompanying Documents: Declaration of Mary Kate Sullivan, Proposed Order |

Defendant SunTrust Mortgage, Inc. (SunTrust"), through its undersigned counsel, hereby requests pursuant to Local Rule 6-3 and Fed. R. Civ. P. 6(b)(1)(A) for a twenty-one day extension of time through and including September 13, 2010, to answer or otherwise respond to the Plaintiff's pleading entitled "original Petition," hereinafter referred to as Complaint. In support of this request, SunTrust represent as follows:

1.  The Complaint was filed on August 2, 2010 and served on August 3, 2010. Pursuant to Fed. R. Civ. P. 12(a)(1), SunTrust's response to the Complaint is currently due on August 23, 2010.

2.  The 32 page Complaint asserts complex claims regarding the entire financing industry and industry practices going back to the 1980's and 1990 to the present and regarding SunTrust practices in general and specific to plaintiff's loan[s] with SunTrust. The paragraphs of

the complaint are unnumbered. Counsel for SunTrust were retained shortly before the responsive due date and will not have sufficient time to assess the claims asserted and determine the appropriate response by the August 23, 2010 deadline to respond.

3. SunTrust is unable to make contact with pro per plaintiffs to request an extension of time to respond to the Complaint as none of the documents filed or served contain a telephone number for either named pro per plaintiff.

4. This is SunTrust's first request for extension of time to answer or otherwise respond to the Complaint.

Wherefore, SunTrust respectfully requests an extension of twenty-one days to and including September 13, 2010, to answer or respond to the Complaint.

DATED: August 18, 2010

SEVERSON & WERSON
A Professional Corporation

By: _____
Mary Kate Sullivan

Attorneys for Defendant
SunTrust Mortgage Inc.

- 2 -
Administrative Motion Pursuant to Local Rule 6-3 and Request for
Extension of Time to Respond to "Original Petition"
Case No.: CV10-03375 JF

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date set forth below I served a copy, with all exhibits, of the following document(s):

**ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 6-3 AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO "ORIGINAL" PETITION (LOCAL RULE 6-3; FRCP 6(B)(1)(A))**

on all interested parties in said case addressed as follows:

Claude and Pamela Bennett     Plaintiffs in Pro Per
508 Herrmann Drive
Monterey, CA 93940

By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in San Francisco, California, on August 18, 2010.

_____
Verdia Nash