UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE

| | |
|---|---|
| Claude & Pamela Bennett,<br><br>    Plaintiffs,<br><br>vs.<br><br>SunTrust Mortgage Inc.,<br><br>    Defendant. | Case No.: CV10-03375 JF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 6-3 AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO "ORIGINAL PETITION"**<br>LOCAL RULE 6-3<br>FRCP 6(B)(1)(A) |

Having considered the administrative motion and supporting declaration submitted by defendant SunTrust Mortgage Inc. pursuant to Local Rule 6-3 requesting an extension of time to and through September 13, 2010 to answer or otherwise respond to Plaintiffs Claude and Pamela Bennett's Original Petition,

IT IS HEREBY ORDERED THAT the deadline for SunTrust to file an answer or otherwise respond to Plaintiffs' Original Petition is September 13, 2010.

IT IS SO ORDERED.

Dated: _____

                                                                                             Hon. Jeremy D. Fogel<br>
                                                                                    United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date set forth below I served a copy, with all exhibits, of the following document(s):

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 6-3 AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO "ORIGINAL" PETITION**
**(LOCAL RULE 6-3; FRCP 6(B)(1)(A))**

on all interested parties in said case addressed as follows:

Claude and Pamela Bennett         Plaintiffs in Pro Per
508 Herrmann Drive
Monterey, CA  93940

By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in San Francisco, California, on August 18, 2010.

_____
Verdia Nash