**E-Filed 8/24/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE

| | |
|---|---|
| Claude & Pamela Bennett,<br><br>    Plaintiffs,<br><br>vs.<br><br>SunTrust Mortgage Inc.,<br><br>    Defendant. | Case No.: CV10-03375 JF<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 6-3 AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO "ORIGINAL PETITION"<br>LOCAL RULE 6-3<br>FRCP 6(B)(1)(A) |

Having considered the administrative motion and supporting declaration submitted by defendant SunTrust Mortgage Inc. pursuant to Local Rule 6-3 requesting an extension of time to and through September 13, 2010 to answer or otherwise respond to Plaintiffs Claude and Pamela Bennett's Original Petition,

IT IS HEREBY ORDERED THAT the deadline for SunTrust to file an answer or otherwise respond to Plaintiffs' Original Petition is September 13, 2010.

IT IS SO ORDERED.

Dated: 8/24/2010

_____
Hon. Jeremy D. Fogel
United States District Judge

[Proposed] Order Granting Administrative Motion Pursuant to
Local Rule 6-3
Case No.: CV10-03375 JF