1  MARY KATE SULLIVAN (State Bar No. 180203)
   Email:  mks@severson.com
2  M. ELIZABETH HOLT (State Bar No. 263206)
   Email:  meh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendant
7  SUNTRUST MORTGAGE, INC.

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 | CLAUDE & PAMELA BENNETT, | Case No. 5:10-cv-03375 JF
13 | Plaintiffs, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**
14 | vs. |
15 | SUNTRUST MORTGAGE, INC., |
16 | Defendant. | Complaint Date:   August 2, 2010
   |                        | Trial Date:           None Set
17

18        Pursuant to Civil L.R. 31-6, the undersigned certifies that the following listed persons,

19 associations of persons, firms, partnerships, corporations (including parent corporations) or other

20 entities (i) have a financial interest in the subject matter in controversy or in a party to the

21 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

22 substantially affected by the outcome of this proceeding:

23

24

25

26

27

28

---

11950/0066/845325.1                                        CERTIFICATE OF INTERESTED ENTITIES
                                                           Case No. C 10-03375 JF

1  SunTrust Mortgage, Inc. is a wholly owned subsidiary of SunTrust Bank, which in turn is
2  a wholly owned subsidiary of SunTrust Banks, Inc.  The latter entity is a public company which
3  trades on the New York Stock Exchange under the symbol STI.

DATED:  September 20, 2010

Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By: _____/s/  M. Elizabeth Holt_____
            M. Elizabeth Holt

Attorneys for Defendant
SUNTRUST MORTGAGE, INC.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

on all interested parties in said case addressed as follows:

Claude and Pamela Bennett                *Plaintiffs in Pro Per*
508 Herrmann Drive
Monterey, CA 93940

☒ **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in San Francisco, California, on September 20, 2010.

*/s/Sylvia Coleman*
Sylvia Coleman

11950/0066/845325.1

CERTIFICATE OF INTERESTED ENTITIES
Case No. C 10-03375 JF