# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Bennett,<br><br>              Plaintiff(s),<br><br>     v.<br><br>Suntrust Mortgage Inc.,<br><br>              Defendant(s). | 10-03375 JF<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
10-03375 JF                                             -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: October 25, 2010

    RICHARD W. WIEKING
    Clerk
    by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
10-03375 JF     -2-

PROOF OF SERVICE

Case Name:        Bennett v. Suntrust Mortgage Inc.

Case Number:    10-03375 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 25, 2010, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Mary Kate Sullivan
> Severson & Werson
> One Embarcadero Center
> Suite 2600
> San Francisco, CA 94111
> mks@severson.com
>
> M. Elizabeth Holt
> Severson & Werson
> One Embarcadero Center, Suite 2600
> A Professional Corporation
> San Francisco, CA 94111
> meh@severson.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[x] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

    Claude Bennett
    508 Merrmann Drive
    Monterey, CA 93940

    Pamela Bennett
    508 Herrmann Drive
    Monterey, CA 93940

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 25, 2010 in San Francisco, California.

    RICHARD W. WIEKING
    Clerk
    by:    Timothy J. Smagacz

    */s/ Timothy Smagacz*
    ADR Program Administrator
    415-522-4205
    Tim_Smagacz@cand.uscourts.gov