MARY KATE SULLIVAN (State Bar No. 180203)
Email: mks@severson.com
M. ELIZABETH HOLT (State Bar No. 263206)
Email: meh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
SUNTRUST MORTGAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLAUDE & PAMELA BENNETT,<br><br>           Plaintiffs,<br><br>     vs.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>           Defendant. | Case No. 5-10-cv-03375 JF<br><br>**SUNTRUST MORTGAGE, INC.'S ADMINISTRATIVE MOTION TO CHANGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3**<br><br>Judge:            The Hon. Jeremy Fogel<br><br>Complaint Date:  August 2, 2010<br>Trial Date:      None Set |

On September 13, 2010, defendant SunTrust Mortgage, Inc. ("SunTrust") filed a motion to dismiss the complaint filed by Claude and Pamela Bennett (the "Bennetts"). The motion is noticed for hearing on November 12, 2010, at 9:00 a.m.

The Court has also scheduled a case management conference for November 12, 2010, at 10:30 a.m. *See* Order Setting Initial Case Management Conference and ADR Deadlines, filed August 2, 2010, at 1-2 (also setting associated discovery and ADR deadlines for October 22, 2010, and November 5, 2010).

///

///

///

1  SunTrust believes that a case management conference is premature at this time, since the
2  pleadings in this case are not yet settled.  Consequently, SunTrust respectfully requests the Court
3  to continue the case management conference and its associated deadlines for a period of 90 days.

4  DATED:  October 26, 2010      SEVERSON & WERSON
                                  A Professional Corporation

5

6
                                 By:      */s/  M. Elizabeth Holt*
7                                             M. Elizabeth Holt

8                                Attorneys for Defendant
                                 SUNTRUST MORTGAGE, INC.

CERTIFICATE OF SERVICE
*Bennett v. SunTrust Mortgage, Inc.*

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

- **SUNTRUST MORTGAGE, INC.'S ADMINISTRATIVE MOTION TO CHANGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3**

on all interested parties in said case addressed as follows:

| Claude and Pamela Bennett<br>508 Herrmann Drive<br>Monterey, CA  93940 | Telephone:<br>Facsimile:<br>Email:<br>***Plaintiffs in Pro Per*** |
|---|---|

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on October 26, 2010.

*/s/ Sylvia Coleman*
Sylvia Coleman