1  MARY KATE SULLIVAN (State Bar No. 180203)
   Email:  mks@severson.com
2  M. ELIZABETH HOLT (State Bar No. 263206)
   Email:  meh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendant
7  SUNTRUST MORTGAGE, INC.

8                    UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| CLAUDE & PAMELA BENNETT,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>Defendant. | Case No. 5-10-cv-03375 JF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CHANGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3**<br><br>Judge       The Hon. Jeremy Fogel<br><br>Complaint Date:   August 2, 2010<br>Trial Date:       None Set |

   For the reasons stated in the motion and good cause appearing,

   IT IS HEREBY ORDERED that the case management conference in this case is

   CONTINUED to _____. All associated deadlines set forth in the Court's

   Order Setting Initial Case Management Conference and ADR Deadlines, filed August 2, 2010,

   are also continued accordingly.

   DATED: _____       _____
                                     THE HONORABLE JEREMY FOGEL
                                     UNITED STATES DISTRICT JUDGE

---

11950/0066/855352.1                              [PROPOSED] ORDER
                                                 Case No.5-10-cv-03375 JF

CERTIFICATE OF SERVICE
*Bennett v. SunTrust Mortgage, Inc.*

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

- **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CHANGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Claude and Pamela Bennett<br>508 Herrmann Drive<br>Monterey, CA  93940 | Telephone:<br>Facsimile:<br>Email:<br>***Plaintiffs in Pro Per*** |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on October 26, 2010.

*/s/ Sylvia Coleman*
Sylvia Coleman

- 2 -

11950/0066/855352.1

[PROPOSED] ORDER
Case No. C 10-03375 JF