**E-Filed 11/9/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLAUDE & PAMELA BENNETT,<br><br>  Plaintiffs,<br><br> v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>  Defendant. | Case No. 5:10-CV-03375-JF (HRL)<br><br>ORDER[1] DENYING MOTION FOR EXTENSION OF TIME; GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; VACATING HEARING DATE; AND CONTINUING CASE MANAGEMENT CONFERENCE<br><br>[re: document nos. 13, 18, 20] |

On August 2, 2010, Plaintiffs Claude and Pamela Bennett, proceeding *pro se*, filed their original complaint against Defendant Suntrust Mortgage, Inc. Plaintiffs allege violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq*. and other related claims. On September 13, 2010, Defendant filed a motion to dismiss Plaintiffs' complaint. The Court concludes that this motion is appropriate for determination without oral argument and will vacate the hearing date of November 12, 2010. *See* Civ. L.R. 7-1(b).

Under this Court's Civil Local Rules, Plaintiffs' opposition was due at least twenty-one days before the noticed hearing date of November 12, 2010, or by October 22, 2010. Plaintiffs did not file any opposition papers. Instead they filed a motion for an extension of time to file

---

[1] This disposition is not designated for publication in the official reports.

1  opposition on November 2, 2010, which will be denied as untimely.  Because the motion to
2  dismiss appears well-taken and is unopposed, the motion to dismiss will be granted for the
3  reasons stated therein.  Given Plaintiffs' *pro se* status and the fact that the operative complaint is
4  the original pleading, leave to amend will be granted.  Any amended pleading shall be filed
5  within thirty (30) days after the date of this order.

**ORDER**

For good cause shown,

(1)   Plaintiffs' motion for extension of time is DENIED;

(2)   Defendant's motion to dismiss is GRANTED, WITH LEAVE TO AMEND;

(3)   any amended pleading shall be filed within thirty (30) days after the date of this order;

(4)   the hearing date of November 12, 2010 is VACATED; and

(5)   the Case Management Conference set for November 12, 2010 is CONTINUED to January 14, 2011 at 10:30 a.m.

DATED:  November 9, 2010

_____
JEREMY FOGEL
United States District Judge

1  A copy of this order has been served upon the following persons:

2  Claude & Pamela Bennett
   508 Merrmann Drive
3  Monterey, CA 93940

3

Case No. 5:10-CV-03375-JF (HRL)
ORDER DENYING MOTION FOR EXTENSION OF TIME; GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; VACATING HEARING; AND CONTINUING CASE MANAGEMENT CONFERENCE
(JFEX2)